# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| **IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | )<br>)<br>)<br>)<br>) | **3:09-md-02100-DRH-PMF**<br><br>**MDL No. 2100** |

**This Document Relates To:**

*Cassandra Beene v. Bayer HealthCare*        *No. 3:11-cv-10717-DRH-PMF*
*Pharmaceuticals Inc., et al.*

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of

docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the

Stipulation of Dismissal filed on January 15, 2013, the above captioned case is

**DISMISSED** with prejudice.  Each party shall bear their own costs.

> **NANCY J. ROSENSTENGEL,**
> **CLERK OF COURT**
>
> **BY:____/s/*Sara Jennings*_____**
> **Deputy Clerk**

Dated: January 17, 2013

Digitally signed by
David R. Herndon
Date: 2013.01.17
13:22:38 -06'00'

APPROVED:

        CHIEF JUDGE
        U. S. DISTRICT COURT