UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

*Cassandra Beene v. Bayer HealthCare Pharmaceuticals Inc., et al.*                    No. *3:11-cv-10717-DRH-PMF*

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on January 15, 2013, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                        NANCY J. ROSENSTENGEL,
                                        CLERK OF COURT

                                        BY:     /s/*Sara Jennings*
                                                   **Deputy Clerk**

Dated: January 17, 2013

Digitally signed by David R. Herndon
Date: 2013.01.17 13:22:38 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT